█ In the Matter to Compel the Settlement of the Violet Rennolds Amoroso Trust and to Impress a Constructive Trust on 9 Widewaters Lane, Pittsford. Peter J. Brina, Appellant; Arthur G. Brina, as Trustee of the Violet Rennolds Amoroso Trust, Respondent. [63 NYS3d 287]—Appeal from an order of the Surrogate's Court, Monroe County (John M. Owens, S.), entered October 6, 2016. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, DeJoseph, NeMoyer and Curran, JJ.